**Motion Granted; Appeal Dismissed and Memorandum Opinion filed April 23, 2020.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-19-00889-CV

---

### JAMES CHARNQUIST, Appellant

### V.

### NEW STREAM REAL ESTATE, LLC, F/K/A CHARTER OAK REAL ESTATE FUND, LLC, Appellee

---

**On Appeal from the 190th District Court
Harris County, Texas
Trial Court Cause No. 2009-81721**

---

### MEMORANDUM OPINION

This is an appeal from a judgment signed October 25, 2019. On April 10, 2020, appellant filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Christopher, Wise and Zimmerer.